ACCEPTED
12-14-00302-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/1/2015 12:46:33 PM
CATHY LUSK
CLERK

NO. 12-14-00302-CV

IN THE TWELFTH COURT OF APPEALS
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/1/2015 12:46:33 PM
PAM ESTES
Clerk

CORRINE AUGUSTINE NICHOLS HILL SHEARER

*Appellant*

v.

DAVID SHEARER, INDIVIDUALLY AND AS THE INDEPENDENT
ADMINISTRATOR OF THE ESTATE OF JOHN WILLIAM SHEARER, III

*Appellee*

Appeal from the County Court at Law No. 2
Gregg County, Texas

## APPELLEE'S MOTION TO RESET ORAL ARGUMENT/MOTION FOR CONTINUANCE

Appellee David Shearer, Individually and as the Independent Administrator of the Estate of John William Shearer, III asks the Court to reset oral argument from the current setting of October 22, 2015, and would respectfully show this Court as follows:

### A.    INTRODUCTION

1.    Appellant is Corrine Augustine Nicholas Hill Shearer; Appellee is David Shearer.

2.    Oral argument is currently scheduled for October 22, 2015 at 9:00 a.m.

## B.    ARGUMENT AND AUTHORITIES

4.    The Court has the authority under Texas Rule of Appellate Procedure 10.5(c) to reset oral argument.

5.    Appellee respectfully requests that the Court reset oral argument because Appellee's attorney, Carson R. Runge, is currently scheduled to be in trial on October 22, 2015. Specifically, Carson R. Runge is scheduled to be in trial in Anderson County, Texas starting on October 19, 2015 in the case styled Cause No. 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; *Kelvin Carr v. Taylor Industries, LLC*; In the 369th Judicial Court of Anderson County, Texas. A copy of the order setting the case for trial is attached as Exhibit "A." The trial is anticipated to last two and a half weeks.

7.    Carson R. Runge is a member of the Sloan, Bagley, Hatcher & Perry Law Firm. Carson R. Runge tried the underlying case to a jury verdict and has handled the appeal. As such, no other attorney in the firm is able to argue this case because no other attorney is familiar with the facts of the case.

8.    To date, no motion to reset oral argument has previously been granted in this case.

## C.    CONCLUSION

9.    Appellee respectfully asks the Court to reset oral argument due to Appellee's Counsel's current trial setting.

## D.    PRAYER

For these reasons, Appellee David Shearer, Individually and as the Independent Administrator of the Estate of John William Shearer, III asks the Court to grant this motion and reset oral argument from its current setting of October 22, 2015.

Respectfully submitted,

_____
CARSON R. RUNGE
Texas Bar No. 24059262
crunge@sloanfirm.com
Sloan, Bagley, Hatcher & Perry Law Firm
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606

Telephone: (903) 757-7000
Facsimile: (903) 757-7574

ATTORNEY FOR APPELLEE

## CERTIFICATE OF CONFERENCE

This to certify that the undersigned attorney of counsel contacted counsel for Appellant and he is unopposed to the filing of this motion.

_____
CARSON R. RUNGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served on the following pursuant to the Texas Rules of Civil Procedure this 12 day of September, 2015

Mr. Chad Parker
The Parker Firm
3808 Old Jacksonville Rd.
Tyler, TX 75701

_____
CARSON R. RUNGE

| KELVIN CARR and | § | IN THE DISTRICT COURT |
| KRYSTLE CARR | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | OF ANDERSON COUNTY |
| | § | |
| TAYLOR INDUSTRIES, LLC, | § | |
| | § | |
| Defendant. | § | 369TH JUDICIAL DISTRICT |

## AGREED SCHEDULING ORDER

The following Scheduling Order shall apply to this case unless modified by the Court. If no date is given below, the item in question shall be governed by the Texas Rules of Civil Procedure. All deadlines listed below may be amended by written agreement of all Plaintiffs and Defendant.

1. 10/19/2015   JURY SELECTION/TRIAL – 9:00 AM

2. 10/09/2015   PRE-TRIAL CONFERENCE – 9:00 AM

Counsel shall provide to the Court and all other counsel the following items: (1) Proposed Jury Charge(s); (2) Motion(s) In Limine; (3) Exhibit List(s); (4) Deposition Testimony Designation(s); and (5) Witness List at least one week prior to pre-trial. Counsel shall meet and confer with each other concerning their respective pre-trial documents and each party's respective objections at least two days prior to pre-trial.

3. 09/14/2015   DISPOSITVE MOTIONS

Deadline to file dispositive motions and/or file any motion challenging an expert witness. Responses are due fifteen (15) days after service on the opposing party.

4. 09/14/2015   *DAUBERT* MOTIONS DEADLINE

PLAINTIFF'S EXHIBIT
A

**5. 09/01/2015   DISCOVERY DEADLINE**

All depositions must be taken and all written discovery requests must be served so that the responses are due on or before this date. Counsel may initiate discovery beyond this deadline by agreement.

**6. 08/19/2015   JOINDER**

All parties must be added and served, whether by amendment or third-party pleading, by this date. Defendant shall designate responsible third parties pursuant to Section 33.004 of the Texas Civil Practice and Remedies Code, if any, on or before this date. If Defendant designates a responsible third party on or before this date, Plaintiff will have thirty (30) days to join the responsible third party as a party. The party causing the joinder shall provide a copy of the scheduling order at the time of service.

**7. 08/14/2015   PLAINTIFFS' RETAINED REBUTTAL TESTIFYING EXPERT WITNESS DESIGNATION and EXCHANGE OF RETAINED REBUTTAL EXPERT REPORTS**

Plaintiff's counsel shall provide to all other counsel a list including each retained testifying rebuttal expert's name, address, and the topic of the witness's testimony along with the Expert Reports (by retained rebuttal experts). This will include a current curriculum vitae and list of testimony for the past four years. Retained rebuttal experts not listed in compliance with this paragraph will not be permitted to testify absent a showing of good cause.

**8. 08/03/2015   MEDIATION DEADLINE**

**9. 07/30/2015   DEFENDANT'S RETAINED TESTFYING EXPERT WITNESS DESIGNATION   and EXCHANGE OF RETAINED EXPERT REPORTS**

Defendant's counsel shall provide to all other counsel a list including each retained testifying expert's name, address, and the topic of the witness's testimony along with the Expert Reports (by retained experts). This will include a current curriculum vitae and list of testimony for the past four years. Retained experts not listed in compliance with this paragraph will not be permitted to testify absent a showing of good cause.

10. **06/30/2015 PLAINTIFFS' RETAINED TESTIFYING EXPERT WITNESS DESIGNATION and EXCHANGE OF RETAINED EXPERT REPORTS**

Plaintiffs' counsel shall provide to all other counsel a list including each retained testifying expert's name, address, and the topic of the witness's testimony along with the Expert Reports (by retained experts). This will include a current curriculum vitae and list of testimony for the past four years. Retained experts not listed in compliance with this paragraph will not be permitted to testify absent a showing of good cause.

SIGNED this the 21st day of April, 2015.

_____
PRESIDING JUDGE

AGREED TO FORM AND SUBSTANCE:

Jerrod L. Allen
J. Ian Sadler

WEST ALLEN LAW FIRM, PC
211 N. Center St.
Longview, Texas 75601
Phone: 903-212-9300
Fax:    903-212-9301
jallen@westallenlaw.com
isadler@westallenlaw.com

*Attorneys for Defendant Taylor Industries, LLC*

M. Raymond Hatcher
Carson R. Runge

SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 East Whaley Street
Post Office Drawer 2909
Longview, Texas 75606
Facsimile: (903) 757-7574
rhatcher@sloanfirm.com
crunge@sloanfirm.com

*Attorneys for Plaintiffs Kelvin Carr and Krystle Carr*